## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                  **INDICTMENT**

**EDIN SALES-PINEDA**                       5: 22cr6-TKW/MJF

_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about November 29, 2021, in the Northern District of Florida, the

defendant,

**EDIN SALES-PINEDA,**

an alien who had previously been excluded, deported, and removed from the

United States on or about October 25, 2017, and January 12, 2018, was found to be

unlawfully in the United States, having not obtained the consent of the Secretary of

the Department of Homeland Security to reapply for admission to the United

States.

Returned in open court pursuant to Rule 6(f)

3-15-22

Date

United States Magistrate Judge

FILED USDC FLND PN
MAR 15 '22 PM2:22

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

FOREPERSON

15 MAR 22

DATE

JASON R. COODY
United States Attorney

AMANDA GORDON
Assistant United States Attorney

2