IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs. Case No. 5:22cr6/TKW

EDIN SALES-PINEDA

_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, EDIN SALES-PINEDA, to Count 1 of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 17th day of May, 2022.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**